IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**GLENN ADAMS, ET AL.**                                            **PLAINTIFFS**

**VS.**                           **CIVIL ACTION NO. 3:04CV121LN**

**PHARMACIA CORP., ET AL.**                          **DEFENDANTS**

**AGREED ORDER OF DISMISSAL**

THIS MATTER having come before the Court on the joint motion ore tenus of Plaintiffs and Defendant, David Rodgers, to dismiss the above styled and numbered action against Defendant, David Rodgers, and that the parties agree that the claims against Defendant, David Rodgers, should be dismissed and consent to the entry of this Agreed Order of Dismissal; and the Court, having considered the same and being fully advised in the premises, is of the opinion and finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED**, that the above styled and numbered action should be, and the same hereby is, dismissed without prejudice as to Defendant, David Rodgers, with each party to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 10th day of February, 2006.

                                                       /s/ Tom S. Lee
                                                       UNITED STATES DISTRICT COURT JUDGE

**APPROVED AND CONSENTED TO:**

/s/ Dawn L. Stough
DAWN L. STOUGH, ESQ.
Attorney for Plaintiffs

/s/ Leo J. Carmody, Jr.
LEO J. CARMODY, JR., ESQ.
Attorney for Defendant, David Rodgers