UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| STANLEY ADAMS, ET AL. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:04CV118LN |
| MONSANTO CHEMICAL COMPANY, ET AL. | DEFENDANTS |
| RICKEY CHASE, ET AL. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:04CV119LN |
| MONSANTO CHEMICAL COMPANY, ET AL. | DEFENDANTS |
| ACY ALLEN, ET AL. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:04CV120LN |
| MONSANTO CHEMICAL COMPANY, ET AL. | DEFENDANTS |
| GLENN ADAMS, ET AL. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:04CV121LN |
| MONSANTO CHEMICAL COMPANY, ET AL. | DEFENDANTS |
| JEROME CRISLER, ET AL. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:04CV122LN |
| MONSANTO CHEMICAL COMPANY, ET AL. | DEFENDANTS |
| CURTIS ADAMS, ET AL. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:04CV123LN |
| MONSANTO CHEMICAL COMPANY, ET AL. | DEFENDANTS |

## AGREED ORDER OF DISMISSAL

Counsel for Plaintiffs in each of the above-styled actions requests that this Court enter a Final Judgment dismissing without prejudice all claims by all Plaintiffs against Defendant Beazer East, Inc., f/k/a Koppers Company, Inc. ("Defendant"). Defendant, having agreed to said dismissal, it is, therefore,

ORDERED AND ADJUDGED that each of these complaints be, and hereby are, dismissed without prejudice, with each party to bear its own costs.

SO ORDERED, this the 24th day of Feb., 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM

_____
Attorney for Plaintiffs

_____
Attorney for Defendant